## The People v. Lawrence Luby.

*Jury—Number of jurors.*

56  551
122  508

The constitutional number of jurors in Michigan is twelve except in courts that are not courts of record.  In a court of record a conviction by less than twelve jurors where twelve were demanded, must be quashed.

Error to Kalamazoo.  (Mills, J.)  April 22.—April 29.

Information for assault and battery.  Respondent brings error.  Conviction quashed.

*Wm. A. Luby* for respondent appellant.

Attorney General *Moses Taggart* for the People.

COOLEY, C. J.    The respondent was convicted in the Re-
corder's Court of Kalamazoo of a criminal assault and battery,
on a trial by a jury of six.    He demanded a jury of twelve.

Twelve is the constitutional number of jurors in this State.
*Hill v. People* 16 Mich. 351.    The Constitution makes an
exception for courts not of record (Art. 6, § 28); but by the
statute creating the Recorder's Court of Kalamazoo, it is ex-
pressly declared to be a court of record.    Local Acts 1883,
[No. 337], pp. 677, 694.    It does not therefore come within
the exception.

The conviction must be quashed.

The other Justices concurred.